# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Eufemia Almo Ramirez

**V.**

Michael Chertoff, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06CV2359-JAH(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is denied in its entirety. The previously imposed stay of extradition is lifted.

| August 3, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk

ENTERED ON August 3, 2007

06CV2359-